IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the request for CD/transcript by a non-party (Filing No. 61).  The Court notes the requesting party will be responsible for all charges connected with the preparation of the transcript.  The Court has been advised that the parties to the action have no objection to the request.  Accordingly,

      IT IS ORDERED that the request for transcript by a non-party is granted.

      DATED this 27th day of April, 2010.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court