IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )           8:09CR129
                               )
       v.                      )
                               )
BRYAN S. BEHRENS,              )           ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 66) and motion to extend time to file motion for downward departure or deviation from the sentencing guidelines (Filing No. 67). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue sentencing is granted; sentencing is rescheduled for:

**Wednesday, September 8, 2010, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) Defendant's motion to extend time to file motion for downward departure or deviation from the sentencing guidelines is

granted; defendant shall have until September 1, 2010, to file those motions.

DATED this 30th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court