IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend self-surrender date (Filing No. 114), and on the government's response in opposition thereto (Filing No. 115). The Court has reviewed the motion and the response, and has consulted with both pretrial services and the probation office, and finds the motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion to extend self-surrender date is denied. Defendant shall report to the institution as designated by the Bureau of Prisons on January 31, 2011.

DATED this 24th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court