IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the opinion of the United States Court of Appeals for the Eighth Circuit (Filing No. 118) and the judgment (Filing No. 119), remanding this case for resentencing. Accordingly,

IT IS ORDERED that resentencing of defendant is scheduled for:

**Friday, September 23, 2011, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 3rd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court