IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )           8:09CR129
                              )
      v.                      )
                              )
BRYAN S. BEHRENS,             )           ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's request for a breakdown of the restitution order (Filing No. 202) and his request for filings in his criminal case (Filing No. 203). The filings he requests are available to the United States Court of Appeals for the Eighth Circuit, and defendant does not need to send copies.

In any event, defendant does not have the right to receive copies without payment even if he has been granted leave to proceed on appeal *in forma pauperis*. He may pay for the copies, ask someone to obtain them at the courthouse or contact his former counsel and ask that the copies be provided. Accordingly,

IT IS ORDERED that defendant's request for a breakdown of the restitution order and his request for filings in his criminal case are denied.

DATED this 30th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court