```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion for status (Filing No. 206) is denied as moot as defendant has received copies he requested.

2) Defendant's motion for injunction (Filing No. 207), construed as a motion pursuant to 28 U.S.C. § 2255 is denied.

3) Defendant's motion for leave to proceed in forma pauperis (Filing No. 208) is denied as moot inasmuch as no filing fee is required for the filing of defendant's current motions.

DATED this 13th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court