IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:09CR129
                             )
       v.                    )
                             )
BRYAN S. BEHRENS,            )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for appointment of counsel (Filing No. 224). Inasmuch as the United States Court of Appeals for the Eighth Circuit has appointed counsel to represent defendant (Filing No. 225), the motion will be denied as moot. Accordingly,

IT IS ORDERED that defendant's motion for appointment of counsel is denied as moot.

DATED this 6th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court