IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's motion for documents (Filing No. 235) in a civil case, *Securities and Exchange Commission v. Bryan S. Behrans, et al.,* 8:08CV13. Mr. Behrens previously made such a request in the civil case, and the motion was denied (Filing No. 433 in 8:08CV13).

As noted in that opinion by United States District Judge John Gerrard, the Court need not pay his litigation expenses, and the Court finds the motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for documents is denied.

DATED this 29th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court