IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN S. BEHRENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's notice of appeal and other relief (Filing No. 261) filed on August 10, 2015. The defendant seeks to appeal an order (Filing No. 257) filed on July 23, 2015, and a garnishment order (Filing No. 270) filed on July 30, 2015.

      The time for filing a notice of appeal in a criminal matter is fourteen days. The notice of appeal was untimely as to Filing No. 257, and defendant will not be permitted to appeal that order. Accordingly,

      IT IS ORDERED:

      1) No appeal of Filing No. 257 may be taken as the notice of appeal was filed out of time.

      2) The Garnishee order (Filing No. 260) is stayed pending the outcome of defendant's appeal.

3) Defendant is permitted to proceed on appeal *in forma pauperis* without prepayment of costs as to Filing No. 260.

DATED this 19th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court