IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:09CR129 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO RELEASE GARNISHMENT |
| BRYAN S. BEHRENS, | |
| Defendant. | |

This matter comes before the court on the United States of America's Motion to Release Garnishment (Filing No. 286). The government seeks an order releasing the garnishment against Kansas City Life Insurance Company, 3520 Broadway, Kansas City, MO 64111. For good cause shown,

**IT IS ORDERED**: The United States of America's Motion to Release Garnishment (Filing No. 286) is granted. The garnishment against Kansas City Life Insurance Company is hereby released.

Dated this 27th day of September, 2018.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge